No. 943, Misc. STINSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 944, Misc. SUMPTER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 947, Misc. TURNER v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 948, Misc. WILLIAMS v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 949, Misc. WALKER v. ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 953, Misc. ALLEN v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se*. *C. Watson Hover* for respondent.

No. 29, Misc. BURKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morris Lavine* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 521, Misc. MILLS v. COLORADO. Supreme Court of Colorado. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Samuel D. Menin* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.